**SCHLEIER LAW OFFICES, P.C.**
3101 N. Central Avenue, Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-0157
Facsimile: (602) 230-9250

TOD F. SCHLEIER, ESQ. #004612
Tod@SchleierLaw.com
BRADLEY H. SCHLEIER, ESQ. #011696
Brad@SchleierLaw.com

Jeffrey M. Schwaber (Admitted Pro Hac Vice)
JSchwaber@steinsperling.com
Judith G. Cornwell (Admitted Pro Hac Vice)
JComwell@steinsperling.com
STEIN SPERLING BENNETT DE JONG DRISCOLL PC
25 West Middle Lane
Rockville, MD 20850
Telephone: (301) 340-2020
Facsimile: (301) 354-8314

*Attorneys for Defendant James Kuhn*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kona Grill, Inc., <br><br>　　　　Plaintiff, <br><br>v. <br><br>James Kuhn, <br><br>　　　　Defendant. | No. CV 19-1420-PHX-DLR <br><br> **RESPONSE TO COURT'S INQUIRY RE BANKRUPTCY PROCEEDINGS** <br><br> Assigned to The Honorable Douglas L. Rayes |

　　　　While parties agree with the Court's authority that the instant proceeding is not subject to the automatic bankruptcy stay, the parties nonetheless believe it to be in their

joint best interests as well as in the interest of judicial economy to continue the stay of the case an additional 60 days for the following reasons.

On April 30, 2019, Kona Grill, Inc., and eight of its affiliates (collectively, the "Debtors"), commenced voluntary chapter 11 cases, which are currently pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors' bankruptcy cases were commenced so that it could provide a platform to sell all or substantially all of the Debtors' assets in accordance with the provisions of the Bankruptcy Code. Since the petition date, the Debtors' limited work-force and resources have been focused on stabilizing the operations of the business and marketing their assets for sale. The sale hearing occurred on July 25, 2019 and it was approved. Now the Debtors have less than a week to finalize the sale so that the transaction may close. In light of the above, the Debtors have not been able to focus on the actions: "Kona Grill Incorporated v. James Kuhn, No. CV-19-01420-PHX-DLR" and "James Kuhn v. Kona Grill, Inc., Civil Action No. GLR-19-266". However, after the sale closes, the Debtors will engage with the relevant parties in interest in the bankruptcy cases (the secured lender and official committee of unsecured creditors) about resolving the above-described actions. The Debtors believe more time is necessary because any resolution will require Bankruptcy Court approval before taking any action before this Court. As a result, the Debtors and Mr. Kuhn respectfully request an additional 60 days to explore settlement.

DATED this 29th day of July 2019.

           **SCHLEIER LAW OFFICES, P.C.**

           By: /s/ Tod F. Schleier
              Tod F. Schleier
              Bradley H. Schleier
              3101 North Central Ave., Suite 1090
              Phoenix, Arizona 85012

           **STEIN SPERLING BENNETT
           DE JONG DRISCOLL PC**
              Jeffrey M. Schwaber
              Judith G. Cornwell
              25 West Middle Lane
              Rockville, MD 20850
           *Attorneys for Defendant James Kuhn*

           **PACHULSKI STANG ZIEHL
           & JONES LLP**

           By: /s/ John W. Lucas
              John W. Lucas
              150 California Street, 15th Floor
              San Francisco, CA  94111
              *Attorney for Plaintiff Kona Grill, Inc*.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

 /s/ Cindy J. Anderson